**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LOIS WHITE )
)
Plaintiff, )
)
v. )  Case No. 1:24-cv-06878
)
MOKENA HOTELS, LLC, an Indiana )  Honorable Jeffrey T. Gilbert
limited liability company, )
)
Defendant. )
)
)

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LOIS WHITE, and Defendant, MOKENA HOTELS, LLC, hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*Attorney for Plaintiff Lois White*

*/s/ Angela C. Spears*
Angela Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: (872) 329-4844
aspears@casslawgroup.com

*Attorney for Defendant Mokena Hotels, LLC.*

*/s/   Ryan A. Danahey*
Ryan Andrew Danahey
Downey & Lenkov LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
Ph: (312) 377-1502
rdanahey@dl-firm.com

Dated: January 30, 2025

1