**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Lois White

                    Plaintiff,

v.                                              Case No.: 1:24−cv−06878
                                                Honorable Jeffrey T. Gilbert

Mokena Hotels, LLC.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

        MINUTE entry before the Honorable Jeffrey T. Gilbert: In light of the parties'
Joint Stipulation of Voluntary Dismissal with Prejudice [22], this matter is dismissed with
prejudice and without cost to either party. The status hearing set for 2/5/25 is stricken with
no appearance required. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.